INTERSTATE REFRIGERATING COMPANY v. ALPER SHRETER.

Decided November 12, 1927.

On plaintiff's rule to show cause.

For the plaintiff, *Milton M. Unger.*

*Contra, Mendelsohn & Mendelsohn.*

PER CURIAM.

Our examination of the proofs and rulings in the above cause leads us to the conclusion that none of the grounds relied upon by the plaintiff for setting aside the verdict have legal merit.

The rule to show cause will be discharged.